IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,  )   Case / Citation No. 5:06-mj-44 TAG
          Plaintiff,        )
vs.                         )   DEFENDANT'S REQUEST AND
Juan D. Gonzales,           )   WAIVER OF APPEARANCE
          Defendant.        )

Defendant hereby requests a Court Order waiving his/her appearance at his/her _____ Hearing scheduled for 4-12-07 at 9:00 a.m. Defendant resides in Renton, Washington and it would be a financial hardship for him/her to travel to Edwards, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _____ Hearing.

Defendant hereby waives his/her presence at the _____ hearing on 4-12-07 at 9:00 a.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 01/29/2007

_____
Defendant's (Signature)

_____
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on 4-12-2007.

Dated: 4/16/2007

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1